ANNE M. HUMPHREYS, Appellant, v. AUGUST N. GANDIA, Individually and as City Treasurer of the City of Long Beach, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Application of SOL DOUGLAS, Petitioner, for a Certiorari Order against FRANK F. ADEL, a Justice of the Supreme Court of the State of New York, Respondent.— Motion to resettle order of certiorari denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Application of JACK COHN, Respondent, for the Removal of the Body of PHILIP JACOBS, Deceased. SAMUEL JACOBS, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Petition of AUGUSTUS MACKENZIE, JR., to Prove the Last Will and Testament of AUGUSTUS MACKENZIE, Deceased. DONALD MACKENZIE, JR., an Infant, by FREDERICK A. KECK, His Special Guardian, and Others, Appellants; AUGUSTUS MACKENZIE, JR., and Others, Respondents. (Appeal No. 2.) — In view of the decision in the appeal herein [post, p. 807], decided herewith, the motion to dismiss the appeal of Donald Mackenzie, Jr., is dismissed, without costs. Present — Lazansky, P. J., Young, Davis, Johnston and Taylor, JJ. [See, also, ante, p. 317.]

In the Matter of the Application of LOUIS PLESSER, Doing Business as BORO ABSTRACT Co., Appellant, for a Peremptory Writ of Mandamus against CHARLES GOLD, as Mayor of the City of Long Beach, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the ORANGE COUNTY TRUST COMPANY, as Trustee under the Last Will and Testament of PETER TURNER, Deceased. HARRIET T. YOUNG, Appellant; ORANGE COUNTY TRUST COMPANY, as Trustee, etc., of PETER TURNER, Deceased, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

KELVINATOR SALES CORPORATION, Respondent, v. ARKEDIS Co., INC., Defendant, and A. G. VICTOR, INC., and LANGWELL REALTY Co., INC., Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

BLANCHE A. KITTLE, Respondent, v. ANNA FASANO and Others, Defendants, and MADALENA AMATO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

MAMIE LICHTENHELD, Respondent, v. PAUL BERSEN, as Executor, etc., of EVAN S. WEBSTER, Deceased, and WILLIAM E. KENNEDY, Defendants, and RUSSELL KRUPPENBACHER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.